UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN L. DRAKE,<br><br>  Plaintiff,<br><br>  v.<br><br>NEESBURG SUNIL MEHTA,<br><br>  Defendant. | No. 2:24-cv-00153 CSK P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 21, 2025, this Court reset the pretrial motion deadline to October 5, 2025, which is a Sunday. (ECF No. 33.)

Accordingly, IT IS HEREBY ORDERED that the pretrial motion deadline of Sunday October 5, 2025 is vacated and reset to Monday October 6, 2025.

Dated: August 25, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Dr153.ord/2