UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN L. DRAKE,<br><br>    Plaintiff,<br><br>    v.<br><br>NEESBURG SUNIL MEHTA,<br><br>    Defendant. | No.  2:24-cv-0153 CSK P<br><br><br>ORDER |

Plaintiff filed a motion for an extension of time to respond to defendant's motion for summary judgment filed on September 26, 2025.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 36) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file a response to defendant's September 26, 2025 motion for summary judgment.

Dated:  October 28, 2025

                                                    CHI SOO KIM
                                                    UNITED STATES MAGISTRATE JUDGE

drak0153.36/2

1