UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEPHEN L. DRAKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEESURG SUNIL MEHTA,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00153 CSK<br><br>**ORDER GRANTING DEFENDANT NEESURG SUNIL MEHTA'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

On November 10, 2025, Defendant NEESURG SUNIL MEHTA ("Dr. Mehta") filed an ex parte request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. (ECF No. 40.)

Good cause appearing, IT IS HEREBY ORDERED that defendant Dr. Mehta's ex parte request for an extension of time (ECF No. 40) is granted. The deadline to file defendant Dr. Mehta's opposition to Plaintiff STEPHEN L. DRAKE's Motion for Summary Judgment shall be extended by thirty (30) days, making the new deadline December 17, 2025.

Dated:  November 13, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Drak153.eot/2

3922680.1

[PROPOSED] ORDER GRANTING NEESURG SUNIL MEHTA'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT