UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN L. DRAKE,

        Plaintiff,

    v.

NEESBURG SUNIL MEHTA,

        Defendant.

No.  2:24-cv-0153 CSK P

ORDER

    Plaintiff filed a motion for extension of time to file a reply to defendant's December 16, 2025 opposition to plaintiff's motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time (ECF No. 46) is granted; and

    2.  Plaintiff is granted thirty days from the date of this order in which to file a reply to defendant's opposition.

Dated:  January 20, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

drak0153.36(2)/2

1